1  Rebecca C. Padilla, SBN: 248605
   **POTTER, COHEN, SAMULON**
2  **& PADILLA**
3  3852 E. Colorado Blvd.
   Pasadena, CA 91107
4  Telephone: (626) 795-0681
5  Facsimile:  (626) 795-0725
   E-mail: rpadilla@pottercohenlaw.com
6
7  Attorney for Plaintiff

8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | DELIA DIAZ,                        | ) Case No.: CV 19-5666 MRW
12 |                                    | )
13 |         Plaintiff,                 | ) **ORDER AWARDING EQUAL**
   |    vs.                             | ) **ACCESS TO JUSTICE ACT**
14 |                                    | ) **ATTORNEY FEES PURSUANT TO**
   | ANDREW SAUL, Commissioner of       | ) **28 U.S.C. § 2412(d)**
15 | Social Security,                   | )
16 |                                    | )
   |         Defendant                  | )

17
18
19       Based upon the parties' Stipulation for the Award and Payment of Equal
20  Access to Justice Act Fees, Costs, and Expenses:
21       **IT IS ORDERED** that the Commissioner shall pay the amount of $4,500.00
22  (Four Thousand, Five Hundred Dollars and No Cents) for fees, as authorized by 28
23  U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.
24
25  Date: May 20, 2020                    _____
26                                        MICHAEL R. WILNER
                                          UNITED STATES MAGISTRATE JUDGE

-1-